## STATE OF N.C. v. T. A. LOVING CO.

No. 502P93

Case below: 112 N.C.App. 367

Petition by plaintiff-appellant for discretionary review pursuant to G.S. 7A-31 denied 27 January 1994.

## TRUE v. T & W TEXTILE MACHINERY

No. 524PA93

Case below: 112 N.C.App. 358

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 27 January 1994 and the parties are directed to brief the Rule 68 issues and the issue of discretion arising under N.C.G.S. Section 6-20.

## VICK v. THOMAS GIBSON & CO.

No. 441P93

Case below: 111 N.C.App. 459

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 December 1993.

## VULCAN MATERIALS CO. v. FOWLER CONTRACTING CORP.

No. 411P93

Case below: 111 N.C.App. 919

Motion by defendant (Marketplace) to dismiss the appeal for lack of substantial constitutional question allowed 2 December 1993. Petition by plaintiff (Vulcan Materials) for discretionary review pursuant to G.S. 7A-31 denied 2 December 1993.

## WHITECO INDUSTRIES, INC. v. HARRINGTON

No. 470P93

Case below: 111 N.C.App. 839

Motion by defendant to dismiss the appeal for lack of significant public interest allowed 27 January 1994. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 27 January 1994.